**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marcus Deshon LOCKETT,**
**Defendant–Appellant.**

**No. 03–16376**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 15, 2005.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Sidney M. McCrackin, Pensacola, FL, for Defendant–Appellant.

Before DUBINA, HULL and MARCUS, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Marcus Deshon Lockett, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Lockett's conviction and sentence is AFFIRMED.